Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–21871–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Samuel L. Leider Sr.                         Kimberly J Leider
aka Samuel L. Leider                       105 Cedar St
105 Cedar St                                    Millville, NJ 08332
Millville, NJ 08332

Social Security No.:
xxx–xx–1631                                     xxx–xx–2658

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

        Please be advised that on September 27, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 31 – 11
Order Approving Interim Confirmation Order (related document:11 Chapter 13 Plan and Motions filed by Joint Debtor Kimberly J Leider, Debtor Samuel L. Leider). Payments in the amount of $250.00 per month, beginning 7/1/19. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/27/2019. (bc)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 27, 2019
JAN: bc

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-21871-ABA
Samuel L. Leider, Sr.                                           Chapter 13
Kimberly J Leider
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin         Page 1 of 1           Date Rcvd: Sep 27, 2019
                           Form ID: orderntc    Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
lm              PennyMac Loan Servicing,   PO Box 514387,   Los Angeles, CA  90051-4387

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A rsolarz@kmllawgroup.com
          Seymour  Wasserstrum   on behalf of Debtor Samuel L. Leider, Sr. mylawyer7@aol.com,
           ecf@seymourlaw.net
          Seymour  Wasserstrum    on behalf of Joint Debtor Kimberly J Leider mylawyer7@aol.com,
           ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                              TOTAL: 6