Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−21871−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Samuel L. Leider Sr.  
aka Samuel L. Leider  
105 Cedar St  
Millville, NJ 08332

Kimberly J Leider  
105 Cedar St  
Millville, NJ 08332

Social Security No.:
  xxx−xx−1631                                                     xxx−xx−2658

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on February 3, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 40 − 39
Order Granting Application for Extension of Loss Mitigation (Related Doc # 39). Loss Mitigation Period Extended to: 5/4/2020. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/3/2020. (kvr)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 3, 2020
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re: Case No. 19-21871-ABA
Samuel L. Leider, Sr. Chapter 13
Kimberly J Leider
 Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 1 Date Rcvd: Feb 03, 2020
 Form ID: orderntc Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2020.
db/jdb +Samuel L. Leider, Sr., Kimberly J Leider, 105 Cedar St, Millville, NJ 08332-4337
lm PennyMac Loan Servicing, PO Box 514387, Los Angeles, CA 90051-4387

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2020 at the address(es) listed below:
 Denise E. Carlon on behalf of Creditor BANK OF AMERICA, N.A dcarlon@kmllawgroup.com,
 bkgroup@kmllawgroup.com
 Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
 Rebecca Ann Solarz on behalf of Creditor BANK OF AMERICA, N.A rsolarz@kmllawgroup.com
 Seymour Wasserstrum on behalf of Debtor Samuel L. Leider, Sr. mylawyer7@aol.com,
 ecf@seymourlaw.net
 Seymour Wasserstrum on behalf of Joint Debtor Kimberly J Leider mylawyer7@aol.com,
 ecf@seymourlaw.net
 U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov
 TOTAL: 6