Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

       Case No.: 19−21871−ABA
       Chapter: 13
       Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Samuel L. Leider Sr.                            Kimberly J Leider
   aka Samuel L. Leider                          105 Cedar St
   105 Cedar St                                     Millville, NJ 08332
   Millville, NJ 08332

Social Security No.:
   xxx−xx−1631                                    xxx−xx−2658

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on August 27, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 27, 2020
JAN: bc

                                                                                   Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-21871-ABA
Samuel L. Leider, Sr.                                               Chapter 13
Kimberly J Leider
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2           Date Rcvd: Aug 27, 2020
                             Form ID: 148             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db/jdb       +Samuel L. Leider, Sr.,    Kimberly J Leider,   105 Cedar St,    Millville, NJ 08332-4337
lm            PennyMac Loan Servicing,    PO Box 514387,   Los Angeles, CA 90051-4387
518301588    +ADS/COMENITY/BOSCOV,    PO BOX 18120,   Columbus, OH 43218
518301590   ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
              (address filed with court: American Honda Finance Corp,     PO BOX 65507,    Wilmington, DE 19808)
518418184    +Bank of America, N.A.,    c/o PennyMac Loan Services, LLC,    P.O. Box 2410,
               Moorpark, CA 93020-2410
518368774    +Bank of America, N.A.,    KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
518301602    #+KML Law Group, PC,   216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
518301604     Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
               Trenton, NJ 08625-0112
518301607    +PHEAA/AES/PNC NATL CITY,    PO BOX 61047,   Harrisburg, PA 17106-1047
518301608    +PHEAA/Fed loan serv,    PO Box 60610,   Harrisburg, PA 17106-0610
518301606    +Pennymac Loan Services L,    Po Box 514387,   Los Angeles, CA 90051-4387
518301609    +State Of New Jersey,    P.O. Box 445,   Department Of Treasury,    Trenton, NJ 08695-0445
518444942     U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
               Harrisburg PA 17106-9184
518322076    +iStorage Self Storage,    418 S Wade Blvd,   Millville, NJ 08332-3523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2020 00:08:30     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2020 00:08:27     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518301589    +EDI: WFNNB.COM Aug 28 2020 03:33:00      ADS/COMENITY/ULTA,   PO BOX 182120,
               Columbus, OH 43218-2120
518320633     EDI: HNDA.COM Aug 28 2020 03:33:00      American Honda Finance Corporation,
               National Bankruptcy Center,    P.O. Box 168088,   Irving, TX 75016-8088
518301592     E-mail/Text: bankruptcy@bbandt.com Aug 28 2020 00:08:05     BB&T,    Po Box 1847,
               Wilson, NC 27894
518301591    +EDI: BANKAMER2.COM Aug 28 2020 03:33:00      Bank Of America,   PO Box 7047,
               Dover, DE 19903-7047
518301593    +EDI: CAPITALONE.COM Aug 28 2020 03:33:00      Capital One,   PO Box 30285,
               Salt Lake, UT 84130-0285
518345818    +EDI: AIS.COM Aug 28 2020 03:33:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
518301594     E-mail/Text: tracey.gregoire@millvillenj.gov Aug 28 2020 00:08:28     City Of Millville,
               12 South High Street, P.O. Box 609,    Tax Collector,   Millville, NJ 08332-0609
518301595    +EDI: COMCASTCBLCENT Aug 28 2020 03:33:00      Comcast,   PO Box 70219,    C/O Xfinity,
               Philadelphia, PA 19176-0219
518301597     EDI: DISCOVER.COM Aug 28 2020 03:33:00      Discover Financial Service,    P.O.Box 15316,
               Wilmington, DE 19850
518301598     EDI: DISCOVER.COM Aug 28 2020 03:33:00      Discover Fincl SVC LLC,    PO Box 15316,
               Wilmington, DE 19850
518312702     EDI: DISCOVER.COM Aug 28 2020 03:33:00      Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH  43054-3025
518301601    +EDI: IRS.COM Aug 28 2020 03:33:00      IRS,   1601 Market St,    Philadelphia, PA 19103-2301
518301603    +EDI: NAVIENTFKASMSERV.COM Aug 28 2020 03:33:00      Navient,   123 Justison Street 3rd floor,
               Wilmington, DE 19801-5363
518432749     EDI: NAVIENTFKASMSERV.COM Aug 28 2020 03:33:00      Navient CFC,   c/o Navient Solutions, LLC,
               PO BOX 9640,   Wilkes-Barre, PA 18773-9640
518419841     EDI: PRA.COM Aug 28 2020 03:33:00      Portfolio Recovery Associates, LLC,
               c/o Amazon.com Store Card,    POB 41067,   Norfolk VA 23541
518419480     EDI: PRA.COM Aug 28 2020 03:33:00      Portfolio Recovery Associates, LLC,
               c/o American Eagle Outfitters, Inc.,    POB 41067,   Norfolk VA 23541
518420135     EDI: PRA.COM Aug 28 2020 03:33:00      Portfolio Recovery Associates, LLC,    c/o Lowe's,
               POB 41067,   Norfolk VA 23541
518419482     EDI: PRA.COM Aug 28 2020 03:33:00      Portfolio Recovery Associates, LLC,    c/o Qcard,
               POB 41067,   Norfolk VA 23541
518301605    +EDI: RMSC.COM Aug 28 2020 03:33:00      Pay Pal Credit,   PO BOX 71202,
               Charlotte, NC 28272-1202
518411310     EDI: Q3G.COM Aug 28 2020 03:33:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
               PO Box 788,   Kirkland, WA 98083-0788
518301610     EDI: RMSC.COM Aug 28 2020 03:33:00      Syncb/Amazon,   PO Box 965015,    Orlando, FL 32896-5036
518301611    +EDI: RMSC.COM Aug 28 2020 03:33:00      Syncb/American Eagle,   Po Box 965005,
               Orlando, FL 32896-5005
518301612     EDI: RMSC.COM Aug 28 2020 03:33:00      Syncb/Lowes,   PO Box 965005,    Orlando, FL 32896-5005
518301613     EDI: RMSC.COM Aug 28 2020 03:33:00      Syncb/QVC,   PO Box 965018,    Orlando, FL 32896-5018
518304186    +EDI: RMSC.COM Aug 28 2020 03:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 27

```
District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: Aug 27, 2020
                              Form ID: 148             Total Noticed: 41


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518301599*      IRS,    PO Box 744,    Springfield, NJ 07081-0744
518301600*      IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 07081
518301596     ##Department of Education,    Fedloan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
                                                                                TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A rsolarz@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Samuel L. Leider, Sr. mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              Seymour   Wasserstrum    on behalf of Joint Debtor Kimberly J Leider mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6